UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Search Warrant:

Facebook user ID 100028934132615,
Facebook display name "Theron Perry,"
and internet address facebook.com/theron.perry.56
_____/

Case No.: 1:22-MJ-00254

## NOTICE OF APPEARANCE

The undersigned counsel enter their appearance for the United States in the above captioned case.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Date: May 31, 2022

ALEXIS M. SANFORD
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404